**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**DAVID WARE**                                                **PETITIONER**

**V.**                                           **NO. 1:20-CV-00028-MPM-RP**

**STATE OF MISSISSIPPI, and THE ATTORNEY GENERAL**
**OF THE STATE OF MISSISSIPPI, LYNN FITCH**           **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, the instant petition for a writ of habeas corpus is hereby **DISMISSED WITH PREJUDICE** under the doctrines of procedural default and procedural bar. A certificate of appealability is **DENIED**.

**SO ORDERED**, this the 27th day of May, 2020.

                                            **/s/** Michael P. Mills
                                            **UNITED STATES DISTRICT JUDGE**
                                            **NORTHERN DISTRICT OF MISSISSIPPI**