IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**DAVID WARE**                                                                                           **PETITIONER**

V.                                                   **NO. 1:20-CV-00028-MPM-RP**

**STATE OF MISSISSIPPI and THE ATTORNEY GENERAL
OF THE STATE OF MISSISSIPPI, LYNN FITCH**            **RESPONDENTS**

### ORDER DENYING CERTIFICATE OF APPEALABILITY

Before the Court is the petitioner's motion for a certificate of appealability ("COA") from the denial of his federal habeas petition. Doc. # 13. The Court denied a COA at the time it entered a final judgment in this matter. *See* Doc. #s 11, 12. Petitioner presents nothing in the instant motion that warrants a departure from the Court's prior ruling. Accordingly, the petitioner's motion [13] for a COA is **DENIED**.

**SO ORDERED**, this the 15th day of June 2020.

                                               **/s/ MICHAEL P. MILLS
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI**